UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PAUL B. NOTA**  )  | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-11678-DPW |
| ) | |
| **NORTHSTAR LOCATION** ) | |
| **SERVICES, LLC** ) | |
| Defendant, ) | |
| ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 22, 2016

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Rights Protection Law Group, PLLC
8 Faneuil Hall Marketplace, Third Floor
Boston, MA 02109
Phone: (844) 574-4487
Fax: (888) 622-3715
Email: k.crick@rightsprotect.com
Attorney for Plaintiff

**PROOF OF SERVICE**

I hereby certify that on September 22, 2016, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.