UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL B. NOTA,
        Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC.,
        Defendant.

CIVIL ACTION
No. 16-11678-DPW

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

The Court having been advised on **September 22, 2016**, that the above-entitled action has been settled with respect to all parties;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

BY THE COURT,

/s/ Barbara I Beatty
Deputy Clerk

DATED: September 23, 2016